1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RELAUN V. DEADMON,

11          Plaintiff,                    No. CIV S-07-1010 RRB GGH P

12          vs.

13   N. GRANNIS, et al.,

14          Defendants.

15   _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis.  In his complaint,

18   plaintiff alleges violations of his civil rights by defendants.  The alleged violations took place in

19   Kings County,[1] which is part of the Fresno Division of the United States District Court for the

20   Eastern District of California.  See Local Rule 3-120(d).

21          Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in

22   the proper division of a court may, on the court's own motion, be transferred to the proper

23   division of the court.  Therefore, this action will be transferred to the Fresno Division of the

24   court.  In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's

25

26          [1] On the face of it, all but one defendant, N. Grannis, is employed/resides in Kings
County, and Grannis appears to be only a nominal defendant.

1

1   request to proceed in forma pauperis.

2        Good cause appearing, IT IS HEREBY ORDERED that:

3        1.  This court has not ruled on plaintiff's request to proceed in forma pauperis;

4        2.  This action is transferred to the United States District Court for the Eastern

5   District of California sitting in Fresno; and

6        3.  All future filings shall reference the new Fresno case number assigned and

7   shall be filed at:

8             United States District Court
          Eastern District of California
9             2500 Tulare Street
          Fresno, CA 93721

10

11  DATED: 6/27/07

          /s/ Gregory G. Hollows
12

          _____
13            UNITED STATES MAGISTRATE JUDGE

14
  GGH:009
15    dead1010.22

16

17

18

19

20

21

22

23

24

25

26